IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:21-cv-220

_____

| | |
|---|---|
| DISABILITY RIGHTS NORTH CAROLINA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) NOTICE OF DISMISSAL |
| ROBBY RUMMAGE, in his official capacity as Chief of Police of THE LEXINGTON POLICE DEPARTMENT, | ) ) ) ) |
| Defendant. | ) ) ) ) |

Now comes Plaintiff Disability Rights North Carolina and, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismisses this action in its entirety.

Respectfully submitted, this 19th day of April, 2021.

/s/ Kristine L. Sullivan
Kristine L. Sullivan, N.C. State Bar No. 35595
kristine.sullivan@disabilityrightsnc.org
*Attorney for Plaintiff*
DISABILITY RIGHTS NC
3724 National Drive, Suite 100
Raleigh, NC 27612
Telephone: (919) 856-2195
Fax: (919) 856-2244

## Certificate of Service

      The undersigned hereby certifies that on April 19, 2021, I electronically filed the foregoing Notice of Dismissal upon counsel for Defendant by email and by placing same in the United States Mail, postage paid, and addressed as follows:

Stephen Holton
City Attorney for Lexington
115 West Center Street
Lexington, NC 27292

          Respectfully submitted,

          /s/ Kristine L. Sullivan
          Kristine L. Sullivan, N.C. State Bar No. 35595
          kristine.sullivan@disabilityrightsnc.org
          *Attorney for Plaintiff*
          DISABILITY RIGHTS NC
          3724 National Drive, Suite 100
          Raleigh, NC  27612
          Telephone: (919) 856-2195
          Fax: (919) 856-2244